# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 14-5319**　　　　　　　　　　　　　　　　　　　　**September Term, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**1:05-cv-1276-JSG**

　　　　　　　　　　　　　　　　　　　　　　　　　　**Filed On:** August 11, 2015

In re: Kellogg Brown & Root, Inc., et al.,

　　　　Petitioners

**BEFORE:**　　Tatel and Wilkins, Circuit Judges; Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of the petition for writ of mandamus, the briefs of the parties, and the argument by counsel, it is

**ORDERED** that the petition for writ of mandamus be granted, the District Court's orders of November 20, 2014 (Doc. 205), and December 17, 2014 (Docs. 227, 228) be vacated, and the request to direct reassignment be denied, for the reasons set forth in the opinion of the court filed herein this date.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Ken Meadows
　　　　　　　　　　　　　　　　　　Deputy Clerk