# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HARRY BARKO

        Plaintiff                Civil No.     05-1276

vs.

HALLIBURTON COMPANY, et al.         Category    E

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Aug 31, 2015 from Judge James S. Gwin to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge James S. Gwin   & Courtroom Deputy

Judge Royce C. Lamberth   & Courtroom Deputy

Liaison, Calendar and Case Management Committee